## JOHN WHITE v. STATE.

No. A-7016. Opinion Filed September 21, 1929.
Rehearing Denied October 12, 1929.
(280 Pac. 1119.)

D. K. Cunningham and N. S. Corn, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the district court of Dewey county on a charge of grand larceny, and was sentenced to serve a term of one year in the state penitentiary.

The record discloses that at the time charged defendant committed the larceny of 70 bushels of wheat, of the value of $80. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.